# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Sigma Aldrich | 11/29/2022 | 266325 | Check | $ 921.79 |
| Akorn Operating Company, LLC | Sigma Aldrich | 12/8/2022 | 266463 | Check | $ 7,767.94 |
| Akorn Operating Company, LLC | Sigma Aldrich | 12/19/2022 | 266595 | Check | $ 4,324.85 |
| Akorn Operating Company, LLC | Sigma Aldrich | 1/6/2023 | 266945 | Check | $ 17,354.13 |
| Akorn Operating Company, LLC | Sigma Aldrich | 1/12/2023 | 267024 | Check | $ 2,433.59 |
| Akorn Operating Company, LLC | Sigma Aldrich | 1/19/2023 | 267073 | Check | $ 7,408.67 |
| Akorn Operating Company, LLC | Sigma Aldrich | 2/2/2023 | 267137 | Check | $ 1,423.64 |
| Akorn Operating Company, LLC | Sigma Aldrich | 2/7/2023 | 267208 | Check | $ 3,456.88 |
| Akorn Operating Company, LLC | Sigma Aldrich | 2/13/2023 | 267366 | Check | $ 2,088.33 |
| Akorn Operating Company, LLC | Sigma Aldrich | 2/17/2023 | 267302 | Check | $ 2,404.40 |
| | | | | | $ 49,584.22 |